STATE of Missouri, Respondent,

v.

Christopher PROSSER, Appellant.

Christopher PROSSER, Movant,

v.

STATE of Missouri, Respondent.

Nos. 63235, 67543.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 12, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 17, 1996.

Application to Transfer Denied
Feb. 20, 1996.

Richard L. Beaver, Jefferson City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David G. Brown, Assistant Attorney General, Jefferson City, for respondent.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

**30**

*SUMMARY ORDER*

**PER CURIAM.**

Defendant appeals from his conviction by a jury of second degree murder in the death of his girl friend's two and one-half year old daughter. He was sentenced by the court to life imprisonment as a persistent offender. He also appeals from the denial of his Rule 29.15 post-conviction motion. No error of law appears. The verdict is supported by the evidence. The judgment of the trial court on the Rule 29.15 motion is based on findings of fact which are not clearly erroneous. No jurisprudential purpose would be served by an opinion. The parties have been furnished with a statement of the reasons for the decision herein.

Judgments affirmed. Rules 30.25(b) and 84.16(b).